## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GILBERT BRYAN | ) |
| Plaintiff | ) |
| | ) |
| v. | ) COMPLAINT |
| | ) |
| CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, | ) |
| Defendant. | ) |

## COMPLAINT FOR VIOLATIONS OF TILA, ECOA, FCRA, FDCPA, BREACH OF CONTRACT, DECLARATORY RELIEF, AND UNJUST ENRICHMENT

### PRELIMINARY STATEMENT

1. This action arises from Defendant's refusal to process Plaintiff's lawful tenders, improper adverse actions, and failure to comply with federal consumer protection laws. Plaintiff's tenders, notices, USPS confirmations, and affidavit (Exhibits A–E) demonstrate Capital One's receipt and non-response. Defendant's conduct violated TILA, ECOA/Reg B, FCRA, FDCPA, and state contract law including N.C. Gen. Stat. § 25-3-311 and principles codified in U.C.C. § 3-311.

### JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. § 1331. Supplemental jurisdiction arises under 28 U.S.C. § 1367.

3. Venue is proper under 28 U.S.C. § 1391(b).

1

## PARTIES

4. Plaintiff resides in the Eastern District of North Carolina.

5. Defendant Capital One, N.A. is a national banking association conducting business within this District.

## DOCUMENTS INCORPORATED BY REFERENCE

6. EXHIBIT A- Tender- Notice of Claim to Interest Letter, Bill of Exchange, N.C. Power of Attorney and Delivery Confirmation

7. EXHIBIT B- 2nd Tender- Opportunity to Cure Letter, Bill of Exchange, N.C. Power of Attorney and Delivery Confirmation

8. EXHIBIT C- Tender- Default Judgment Letter and Delivery Confirmation

9. EXHIBIT D- Affidavit of Facts and Notice of Intent to Sue

10. EXHIBIT E -- SECU Certified Check receipt for $64.00.

## FACTUAL ALLEGATIONS

11. Plaintiff opened a Kohl's Rewards Visa account ending in XXXX5143.

12. Plaintiff issued tenders on Aug. 1, Sept. 8, Sept. 10, and Sept. 25, all delivered per Exhibits A–C.

13. Defendant failed to acknowledge, apply, or respond to any tender.

14. Plaintiff mailed a certified SECU check for $64.00 on September 18, 2025 (Exhibit E).

15. Capital One accepted and negotiated the certified check, then re-opened the account.

2

16. Defendant subsequently closed the account again without adverse action notice.

17. Plaintiff is currently unable to use the Kohl's Rewards Visa account.

18. Defendant furnished derogatory information despite tenders and disputes.

19. Plaintiff executed an affidavit on October 29, 2025 documenting all events. (Exhibit D)

## COUNT 1 – TILA VIOLATIONS

20. Defendant violated 15 U.S.C. §§ 1601 et seq. and 12 C.F.R. § 1026 by failing to credit payments, failing to provide disclosures, and taking adverse action without proper notice. Defendant accepted Plaintiff's SECU certified check (Exhibit E), credited Plaintiff's account then proceeded to block Plaintiff's access to said account.

## COUNT 2 – ECOA & REGULATION B VIOLATIONS

21. Defendant took adverse action and failed to provide written notice stating reasons, violating 15 U.S.C. § 1691 and 12 C.F.R. § 1002.9. Closing and reopening Plaintiff's account after negotiating payment constitutes adverse action.

## COUNT 3 – FCRA VIOLATIONS

22. Defendant furnished inaccurate information and failed to conduct a reasonable investigation of Plaintiff's disputes, violating 15 U.S.C. § 1681s-2(b).

## COUNT 4 – FDCPA VIOLATIONS

23. To the extent Defendant acted as a debt collector, it attempted to collect a disputed debt without validation and continued collection activity after tender.

3

## COUNT 5 – BREACH OF CONTRACT

24. Plaintiff performed by issuing valid tenders and a certified check (Exhibit A-E). Defendant breached by failing to apply payment, closing the account, and reporting derogatory information.

## COUNT 6 – DECLARATORY JUDGMENT

25. A controversy exists regarding Plaintiff's tenders and Defendant's obligations. Plaintiff seeks a declaration that tenders constitute performance under N.C. Gen. Stat. § 25-3-311 and principles codified in U.C.C. § 3-311.

## COUNT 7 – UNJUST ENRICHMENT

26. Defendant retained the value of Plaintiff's tenders without applying or acknowledging them, resulting in inequitable benefit.

## PRAYER FOR RELIEF

Plaintiff requests statutory damages, actual damages, punitive damages, declaratory relief, costs, and any other relief the Court deems proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date: November 20, 2025

Respectfully Submitted,

*Gilbert Bryan* (signature)

Gilbert Bryan
5506 Dodge Drive
Fayetteville, NC 28303
910.257.7828
gbryan115@gmail.com