# TABLE OF CONTENTS

| | |
|---|---|
| CIVIL COVER SHEET | SECTION 1 |
| APPLICATION TO PROCEED W/OUT PAYING FEES | SECTION 2 |
| COMPLAINT FOR A CIVIL CASE | SECTION 3 |
| SUMMONS IN A CIVIL ACTION | SECTION 4 |
| COMPLAINT | SECTION 5 |
| EXHIBIT A | SECTION 6 |
| EXHIBIT B | SECTION 7 |
| EXHIBIT C | SECTION 8 |
| EXHIBIT D | SECTION 9 |