# EXHIBIT B

12397806.1.2

September 12, 2025

Capital One Financial Corp
ATTN: Andrew M. Young, CFO
1680 Capital One Drive
McLean, VA 22102-3491

Capital One
P.O. Box 1330
Charlotte, NC 28201-1330

## OPPORTUNITY TO CURE

Please note this is my 2nd Presentment. My 1st Presentment was delivered to you on August 5, 2025 and confirmed by USPS Tracking #: 9214890142980425991335. Unfortunately, I have not received a response from you within the specified timeframes.

I am the agent Bryan, Gilbert here on behalf of the Principal GILBERT BRYAN to accept all titles, rights, interests and guaranteed equity that's owed to the Principal GILBERT BRYAN.

I hereby instruct Andrew M. Young, CFO to apply the Principal GILBERT BRYAN's balance to the Principal GILBERT BRYAN's Account #: ****5143 each and every billing cycle for set-off and apply this enclosed Tender of payment to the account within 5 business days after receipt of this Notice.

If need be, please communicate through writing and within 5 business days if there are any discrepancies with this Notice. If no communication is made within 5 business days after receipt of this Notice then I can assume that the above stated instructions have been completed.

Regards,

By: Bryan, Gilbert/Agent
For: GILBERT BRYAN/Principal



Accepted for Deposit

GILBERT BRYAN
5506 DODGE DR
FAYETTEVILLE, NC 28303-2714

Pay to bearer

Pay on demand
Payment Due Date: ~~Aug 27 2025~~    Account ending in 5143

One hundred fifty-two & 31/100 dollars

| New Balance | Minimum Payment Due | Amount Enclosed | Capital One |
|---|---|---|---|
| $152.31 | $29.00 | $ 152.31 | P.O. Box 71087<br>Charlotte NC 28272-1087 |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

1  6393054568675143  02  01523101412000029002

Save time, stay informed.
Discover new features with
the Capital One Mobile app.

Scan this QR code or say "Hey Siri/Google, download the Capital One Mobile app" to access our top-rated app.

430921

Accepted for Deposit
By: Bryan. Gilbert/agent
For: GILBERT BRYAN/prin p
 payable to bearer
   without recourse

# NORTH CAROLINA STATUTORY SHORT FORM POWER OF ATTORNEY

**NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE DEFINED IN CHAPTER 32C OF THE NORTH CAROLINA GENERAL STATUTES, WHICH EXPRESSLY PERMITS THE USE OF ANY OTHER OR DIFFERENT FORM OF POWER OF ATTORNEY DESIRED BY THE PARTIES CONCERNED.**

## IMPORTANT INFORMATION

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the North Carolina Uniform Power of Attorney Act.

This power of attorney does not authorize the agent to make health-care decisions for you.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is entitled to reasonable compensation unless you state otherwise in the Additional Provisions and Exclusions.

This form provides for designation of one agent, a successor agent, and a second successor agent. If you wish to name more than one agent, successor agent, and second successor agent, you may name a coagent, successor coagent, or second successor coagent in the Additional Provisions and Exclusions. Coagents, successor coagents, or second successor coagents are not required to act together unless you include that requirement in the Additional Provisions and Exclusions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney becomes effective immediately.

If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

## DESIGNATION OF AGENT

I, GILBERT BRYAN, with a mailing address of 21 E. HONEYCUTT ROAD, FT. BRAGG, North Carolina, 28307, name the following person as my agent:

**Name of Agent:** Gilbert Bryan with a mailing address of 1046 Windward Cove, Apt 105, Fayetteville, North Carolina, 28314.

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

Page 1

If my agent is unable or unwilling to act for me, I name as my successor agent:

**Name of Successor Agent**: N/A

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

*INITIAL below if you want to give an agent the power to name a successor agent.*

( GB ) I give to my acting agent the full power to appoint another to act as my agent, and full power to revoke such appointment, if no agent named by me above is willing or able to act.

## GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the North Carolina Uniform Power of Attorney Act, Chapter 32C of the General Statutes:

*(INITIAL each subject you want to include in the agent's general authority.)*

( GB ) Real Property

( GB ) Tangible Personal Property

( GB ) Stocks and Bonds

( GB ) Commodities and Option

( GB ) Banks and Other Financial Institutions

( GB ) Operation of Entity

( GB ) Insurance and Annuities

( GB ) Estates, Trusts, and Other Beneficial Interests

( GB ) Claims and Litigation

( GB ) Personal and Family Maintenance

( GB ) Benefits from Governmental Programs or Civil or Military Service

( GB ) Retirement Plans

( GB ) Taxes

## GRANT OF SPECIFIC AUTHORITY
### (OPTIONAL)

Case 5:25-cv-00780-FL    Document 1-4    Filed 12/01/25    Page 6 of 11

My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

*(CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent.)*

( GB ) Make a gift, subject to the limitations provided in G.S. 32C-2-217

( GB ) Create or change rights of survivorship

( GB ) Create or change a beneficiary designation

( GB ) Authorize another person to exercise the authority granted under this power of attorney

( GB ) Waive my right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

( GB ) Exercise fiduciary powers that I have authority to delegate

( GB ) Disclaim or refuse an interest in property, including a power of appointment

( GB ) Access the content of electronic communications

### EXERCISE OF SPECIFIC AUTHORITY IN FAVOR OF AGENT
### (OPTIONAL)

( GB ) UNLESS INITIALED, my agent MAY NOT exercise any of the grants of specific authority initialed above in favor of the agent or an individual to whom the agent owes a legal obligation of support.

### ADDITIONAL PROVISIONS AND EXCLUSIONS
### (OPTIONAL)

( GB ) The agent will have any and all powers concerning the principle and principle's estate.

### EFFECTIVE DATE

This power of attorney is effective immediately.

### NOMINATION OF GUARDIAN
### (OPTIONAL)

*INITIAL below ONLY if you WANT your acting agent to be your Guardian.*

( GB ) If it becomes necessary for a court to appoint a guardian of my estate or a general guardian, I nominate my agent acting under this power of attorney to be the guardian to serve without bond or other security.

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

## MEANING AND EFFECT

The meaning and effect of this power of attorney shall for all purposes be determined by the law of the State of North Carolina.

## SIGNATURE AND ACKNOWLEDGEMENT

Principal's Signature _Gilbert Bry_ Date _12/7/2023_
Printed Name: GILBERT BRYAN

State of _North Carolina_

County of _Cumberland_

I certify that the following person personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: North Carolina Durable Power of Attorney for GILBERT BRYAN.

Date: _12/7/2023_

(Official Seal)

_____
Signature of Notary Public

Notary Public, _Loleta L. Wilkerson_
Printed or typed name

My Commission Expires: _03/01/2025_

Page 5


**UNITED STATES POSTAL SERVICE**

Date Produced: 09/22/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0426 4909 74. Our records indicate that this item was delivered on 09/15/2025 at 10:02 a.m. in MC LEAN, VA 22102. The scanned image of the recipient information is provided below.

Signature of Recipient :

*ANTONIO DiPAOLO*

Address of Recipient :

*1670 CAPITAL ONE DRIVE
MCLEAN 22102*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service



Date Produced: 09/15/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0426 4909 67. Our records indicate that this item was delivered on 09/13/2025 at 02:02 p.m. in CHARLOTTE, NC 28201. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service