# EXHIBIT C

September 25, 2025

Capital One Financial Corp
ATTN: Andrew M. Young, CFO
1680 Capital One Drive
McLean, VA 22102-3491

Capital One
P.O. Box 1330
Charlotte, NC 28201-1330

## DEFAULT JUDGMENT

Please note this is my 3rd Presentment. My 1st Presentment- Notice of Claim To Interest was delivered to you on August 5, 2025 and confirmed by USPS Tracking #: 9214890142980425991335. My 2nd Presentment- Opportunity To Cure was delivered to you on August 15, 2025 and confirmed by USPS Tracking #: 9214890142980426490974.

Unfortunately, I have not received a response from you within the specified timeframes. I was also compelled under duress to send a payment in by check so my account would remain in good standing.

I am now preparing to seek a default judgment against you for non-compliance of my previous requests which I will restate here:

As previously stated, I am the agent Bryan, Gilbert, here on behalf of the Principal GILBERT BRYAN to accept all titles, rights, interests and guaranteed equity that's owed to the Principal GILBERT BRYAN.

I hereby instruct Andrew M. Young, CFO to apply the Principal GILBERT BRYAN's balance to the Principal GILBERT BRYAN's Account #: ****5143 each and every billing cycle for set-off and apply this Tender of payment to the account within 5 business days after receipt of this Notice.

Please note, a default judgment will allow me to collect the amount owed, along with any additional legal fees and interest, without further court proceedings.

Before proceeding with this action, I am offering you a final opportunity to resolve this issue. Please communicate through writing and within 5 business days if there are any

1

discrepancies with this Notice.

If no communication is made within 5 business days after receipt of this Notice I will proceed with seeking a default judgment.

Regards,

By: Bryan, Gilbert/Agent
For: GILBERT BRYAN/Principal
All rights reserved/Without recourse



# UNITED STATES POSTAL SERVICE™

Date Produced: 10/06/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0428 3987 04. Our records indicate that this item was delivered on 09/30/2025 at 09:16 a.m. in MC LEAN, VA 22102. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service


**UNITED STATES POSTAL SERVICE**

Date Produced: 10/13/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0428 3986 98. Our records indicate that this item was delivered on 10/12/2025 at 07:00 a.m. in CHARLOTTE, NC 28201. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service