# EXHIBIT D

October 29, 2025

GILBERT BRYAN
4868 Hwy 85
Suite 100
Forest Park, GA 30297

To: General Counsel
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491

CC: Andrew M. Young, CFO
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491

Re: Submission of Affidavit of Facts – Account ****5143

Dear General Counsel,

Please find enclosed an Affidavit of Facts relating to the communications between myself and Capital One regarding the referenced account. This affidavit is submitted for your records and to document all relevant facts and correspondence. If further information or clarification is required, please respond in writing.

Thank you for your attention to this matter.

Sincerely,

*Gilbert Bry*

1

# AFFIDAVIT OF FACTS

I, GILBERT BRYAN, aka Affiant, being of sound mind and legal capacity, hereby solemnly affirm under penalty of perjury that the following statements are true AND correct to the best of my knowledge, information and belief and made of Affiant's own free will without coercion or duress.

Any rebuttal must be made point-by-point, sworn under penalty of perjury, and based on first-hand knowledge. Failure to rebut each and every point within ten (10) days shall constitute agreement to all facts and conclusions stated herein:

**Purpose of Affidavit**

This Affidavit is submitted to formally establish that I, as Affiant, complied with my contractual obligations with Capital One Financial Corporation ("Capital One"), and to document the discharge of the claimed obligation through proper notice, tender, and lawful Presentments.

**Capacity and Account Ownership**

Affiant is the sole owner and principal of the Capital One account referenced in the attached correspondence and communications. At all relevant times, this account was managed under the authority of Capital One Financial Corporation.

**Chronology of Presentments and Proofs of Delivery**

**a. First Presentments:**

On August 1, 2025, Affiant tendered payment via a "Notice of Claim to Interest" sent certified mail to Capital One, P.O. Box 1330, Charlotte, NC 28201-1330. Delivery was confirmed by USPS Tracking 9214890142980425991335 on August 5, 2025.

On September 8, 2025, Affiant mailed a duplicate "Notice of Claim to Interest" via certified mail to Capital One Financial Corp., Attn: Andrew M. Young, CFO, 1680 Capital One Drive, McLean, VA 22102-3491, delivery was confirmed on September 11, 2025, per USPS Tracking 9214890142980426417230.

**b. Second Presentments:**

On September 10, 2025, Affiant tendered payment via an "Opportunity to Cure" letter sent certified mail to Capital One, P.O. Box 1330, Charlotte, NC 28201-1330, delivery was confirmed on September 13, 2025 (USPS Tracking 9214890142980426490967).
The Affiant mailed a duplicate the same day to Capital One Financial Corp., Attn: Andrew M. Young, CFO. Delivery was confirmed on September 15, 2025 (USPS Tracking

2

9214890142980426490974).

### c. Third Presentments:

On September 25, 2025, Affiant tendered payment again along with a "Default Judgment" letter sent via certified mail to Capital One, P.O. Box 1330, Charlotte, NC 28201-1330. Delivery was confirmed on September 28, 2025 (USPS Tracking 9214890142980428398698).

A duplicate was mailed to Capital One Financial Corp., Attn: Andrew M. Young, CFO. Delivery was confirmed on September 30, 2025 (USPS Tracking 9214890142980428398704).

All above Presentments are substantiated by attached USPS delivery receipts and certified mail tracking confirmations.

### Lack of Response and Account Status

Capital One failed to provide any written response(s), objection(s), or substantive communication(s) to any aforementioned notices or tendered payments within the statutory or contractually allotted deadlines.

Capital One proceeded to close Affiant's account while the aforementioned disputes and tenders were active and unresolved. The account was only subsequently reopened after Affiant remitted a cashier's check issued by State Employees Credit Union under protest and to avoid further harm.

### Fiduciary Responsibility and Application of Definitions

As the principal and owner of the account in question, the Affiant hereby reaffirms that Capital One and its managers, as agents and fiduciaries, owe duties of good faith and fair dealing to the account owner.

As referenced in Black's Law Dictionary, 4th Edition:

"**Payment** is the fulfillment of a promise, or the performance of an agreement. A discharge of an obligation or debt, and part payment, if accepted, is a discharge pro tanto."

"**Performance** is the fulfillment or accomplishment of a promise, contract, or other obligation according to its terms."

Which means in the sense of fulfilling an agreement and/or contract Payment is Performance and Performance is Payment.

3

Capital One's failure to honor lawful tender of payments and notice constitutes a breach of such fiduciary duties, breach of contract and standard of care.

## Tender of Payment and Legal Grounds

Affiant dutifully **performed** all obligations and tendered payment as detailed in the attached supporting notices and communications. Capital One remains in default for failure to accept or respond to the tender in accordance with UCC §§ 3-501 and 3-505(a)-(b), establishing a legal presumption of dishonor. Further, under the Fair Debt Collection Practices Act, Capital One's silence within the prescribed 30-day period constitutes an administrative discharge of the alleged debt in its entirety.

The Fair Debt Practices Act, aka, Consumer Protection Act at 15 USC §1601 and §1693 precludes from demanding payment in any specific coin or currency of the United States. Section (d)(2) of Title 31 USC §5118 states that an obligation governed by gold coin is discharged on payment dollar for dollar, by United States coin or currency that is a legal tender at the time of payment. The narrow view that money is limited to legal tender is rejected under Section 1-201(24) of the UCC. It is not limited to United States dollars.

## Notice, Opportunity, and Default

Verified Notices, Opportunities to Cure, and final Default warnings were provided to Capital One as documented. Their failure to timely respond constitutes admission by silence and subjects them to default, as established by common law and explicitly reserved in each Presentment. All supporting documentation is attached hereto.

## Affirmation and Execution

I, the Affiant, declare under penalty of perjury, under the laws of the United States of America and the State of North Carolina, that the statements made in this affidavit are true and accurate based on my personal knowledge and understanding of the facts.

Executed this _21_ day of _October_, 2025, in Fayetteville, North Carolina

Affiant's Full Legal Name: _Gilbert Bryan_

Affiant's Signature: _Milbert Bry_

**Notarization**

STATE OF _North Carolina_

COUNTY OF _Cumberland_

4

On this 29th day of October, 2025, before me, the undersigned Notary Public, personally appeared GILBERT BRYAN, known to me or satisfactorily proven to be the individual whose name is subscribed hereto, and acknowledged that they executed this Affidavit for the purposes set forth herein.

Notary Public Signature: _Kandyce Brown Zeiber_

Notary Public Name: _Kandyce Brown Zeiber_

My Commission Expires: _12/19/2028_

*[Notary Seal: KANDYCE BROWN ZEIBER, NOTARY PUBLIC, CUMBERLAND COUNTY, NC]*

October 29, 2025

Gilbert Bryan/Agent
4868 Hwy 85 Suite 100
Forest Park, GA 30297

To: General Counsel
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491

CC: Andrew M. Young, CFO
Capital One Financial Corp
1680 Capital One Drive
McLean, VA 22102-3491

Re: Account 5143 – Notice of Intent to File Suit

Dear General Counsel,

This correspondence serves as a formal Notice of Intent to File Suit against Capital One Financial Corporation regarding unresolved matters connected to the above-referenced account.

Despite multiple good faith efforts to resolve this dispute, including:
- The Notice of Claim to Interest (delivered August 5, 2025)
- The Opportunity to Cure (delivered August 15, 2025)
- The Default Judgment Letter (delivered September 28 and 30, 2025)
- Numerous supporting documents and verified mail confirmations

…Capital One has failed to provide any written response, engage in substantive communication, or cure the breaches outlined.

As stated in the accompanying Affidavit of Facts, I have fulfilled all obligations relating to this account and provided full documentation of each tendered payment, notice, and presentment, with proof of receipt. Capital One's continued silence and failure to act constitutes a breach of contract, bad faith under fiduciary obligations, and default as recognized by law.

**Demand and Notice:**

Unless Capital One provides a complete resolution, including written acknowledgment of my properly tendered payments and fulfillment of all obligations, and remits any outstanding funds or account corrections, legal action will commence within 10 days of your receipt of this letter and the attached Affidavit of Facts. Any failure to respond will be treated as continued default and will be brought to the attention of the court as further evidence of willful non-compliance and bad faith.

This Notice is provided as a final opportunity to cure before a suit is filed. Please correspond in writing within the stated period if you wish to resolve this matter without litigation.

Attachments:

Affidavit of Facts (dated October 29, 2025)

Prior correspondence and delivery receipts

Sincerely,

*[signature]*

Bryan, Gilbert, Agent for GILBERT BRYAN (Principal)



**UNITED STATES POSTAL SERVICE**

Date Produced: 11/10/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0431 7630 70. Our records indicate that this item was delivered on 11/03/2025 at 09:19 a.m. in MC LEAN, VA 22102. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Printed Name: ANTONIO DI PAOLO

Address of Recipient: 

Delivery Address: 1680 CAPITAL ONE DRIVE

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service



Date Produced: 11/10/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0431 7630 87. Our records indicate that this item was delivered on 11/03/2025 at 09:19 a.m. in MC LEAN, VA 22102. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service