**APPENDIX A – Summary of U.C.C. § 3-311 (Accord and Satisfaction by Instrument)**

U.C.C. § 3-311 establishes:

1. A debtor may discharge a claim by tendering an instrument in good faith as full satisfaction of a disputed claim.

2. The instrument must contain a conspicuous statement indicating it is tendered in full satisfaction.

3. The creditor discharges the claim if it obtains payment of the instrument.

North Carolina codifies these rules in N.C. Gen. Stat. § 25-3-311.

5