G. Bryan
c/o 5506 Dodge Drive
Fayetteville, NC
28303



Retail 

U.S. POSTAGE PAID
FCM LG ENV
FAYETTEVILLE, NC 28303
NOV 21, 2025
$1.80

27811

RDC 99          S2324E501261-10

Attn: Clerk of Court
P.O. Box 25670
Raleigh, NC 27611

RECEIVED
DEC 01 2025
PETER A. M...
US DISTRICT...

