5506 Dodge Dr.
Fay, NC 28303

GREENSBORO NC 270
PIEDMONT TRIAD AREA
30 DEC 2025 AM 5 L



RECEIVED

JAN 05 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Attn: Clerk of Court
P.O. Box 25670
Raleigh, NC 27611

27611-567070

Case 5:25-cv-00780-FL    Document 7-1    Filed 01/05/26    Page 1 of 2

