IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-780-FL-RJ

GILBERT BRYAN,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )                    ORDER
                                        )
CAPITAL ONE BANK (USA),                 )
NATIONAL ASSOCIATION,                   )
                                        )
                Defendant.[1]           )

This matter is before the court for review of plaintiff's complaint pursuant to 28 U.S.C. §

1915(e).   United States Magistrate Judge Robert B. Jones, Jr. entered memorandum and

recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure

72(b), wherein it is recommended plaintiff's complaint be dismissed for failure to state a claim for

relief.  (DE 9).  Plaintiff did not file objections to the M&R, and the time within which to do so

has expired.  In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or

in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).

Because no objections have been filed, the court reviews the magistrate judge's findings and

conclusions only for clear error, and need not give any explanation for adopting the M&R.

Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis,

718 F.2d 198, 200 (4th Cir. 1983).

---

[1]     The court constructively amends the case caption to reflect dismissal of former defendant Capital One, N.A.
on January 5, 2026.

The magistrate judge recommends dismissal of plaintiff claims for failure to state a claim on which relief may be granted.  Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error.  The court hereby ADOPTS the recommendation of the magistrate judge as its own.  This action is hereby DISMISSED.

SO ORDERED, this the 22nd day of July, 2026.

LOUISE W. FLANAGAN
United States District Judge

2